**No. 59560.**—Clinton Foods, Inc. *v.* United States, protest 173089–K/3369 (Chicago).

Opinion by EKWALL, J. The protest was dismissed.

**No. 59561.**—Capitol Distributors Corp. et al. *v.* United States, protests 228177–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 59562.**—Consolidated Sewing Machine Corp. *v.* United States, protest 246774–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.